IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

PHILIP G. KIKO JR.,

    *Defendant.*

Case No. 1:25-CR-23

FILED IN OPEN COURT
JAN 28 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## STATEMENT OF FACTS

The United States and the defendant, PHILIP G. KIKO JR., agree that at trial, the United States would have proven beyond a reasonable doubt and with admissible and credible evidence that on or about April 21, 2018, within the Eastern District of Virginia and elsewhere, the defendant attempted to, and did, employ, use, persuade, induce, entice, and coerce a minor, namely Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

The United States and the defendant further agree that at trial, the United States would have proven beyond a reasonable doubt and with admissible and credible evidence that beginning on or about June 23, 2024, in the Eastern District of Virginia and elsewhere, the defendant, PHILIP G.

1

KIKO JR., did knowingly publish and cause to be published, a notice and advertisement seeking and offering to receive, exchange, produce, display, distribute and reproduce a visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, knowing and having reason to know that the notice and advertisement would be transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

The United States and the defendant further agree that at trial, the United States would have proven beyond a reasonable doubt and with admissible and credible evidence that, on or about November 15, 2024, within the Eastern District of Virginia, the defendant, PHILIP G. KIKO JR., attempted to and did knowingly possess at least one matter containing a visual depiction that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which visual depiction was produced using materials which had been mailed and so shipped and transported, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit: sexually explicit videos and images of minors stored on an Apple iPhone 14 Plus (IMEI 350028715559982) and an HP Envy X360 laptop (SN BCG9364XG6). The United States and the defendant further agree that at least one visual depiction involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct.

In addition, the United States and the defendant agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

**I.      The defendant exploited minor boys in Costa Rica to produce sexually explicit images and videos of themselves.**

1. Beginning in at least March 2018, the defendant used WhatsApp—an Internet-based end-to-end encrypted messaging application—to persuade and entice minor boys to engage in sexually explicit conduct and send him visual depictions of themselves engaged in such conduct.

2. The defendant met the minor boys in Costa Rica in approximately 2013, when he worked there as a teacher. The defendant stayed in communication with the boys on WhatsApp after he left Costa Rica and returned to the United States.

3. As further described below, beginning in at least in 2018 the defendant contacted the minor boys on WhatsApp and asked them to send him sexually explicit images and videos of themselves. In exchange for the child sexual abuse material (CSAM), the defendant sent money to the boys' families.

### A. The defendant enticed Minor 1 to create sexually explicit images of himself in exchange for money.

4.  On April 21, 2018, the defendant persuaded Minor 1 on WhatsApp to send him CSAM in exchange for money. The following is an excerpt from their messages:[1]

| DEFENDANT | Let's start with your pretty face |
| --- | --- |
| Minor 1 | [sends three pictures of his face] |
| DEFENDANT | Very good... |
| DEFENDANT | Can you take off your shirt now? |
| Minor 1 | [sends three selfie-style picture of himself shirtless] |
| DEFENDANT | Excellent... let's see from behind |
| Minor 1 | [sends a selfie-style picture of himself. The boy is depicted shirtless and turned away from the camera, so the focus of the image is his back and buttocks] |
| DEFENDANT | Can we lower that a little bit? |
| Minor 1 | I'm earning salary |
| DEFENDANT | Yes if it goes down yes |
| DEFENDANT | Because I wanted a preview |
| Minor 1 | Okay Teacher a little bit for [name redacted] and a little bit for [name redacted] |
| DEFENDANT | That's good |
| Minor 1 | From the back or the front? |
| Minor 1 | [sends picture of his shorts pulled down to expose the top of his underwear] |
| DEFENDANT | More |
| Minor 1 | [sends picture of himself with shorts and underwear pulled down to reveal the top of his buttocks] |
| DEFENDANT | Now... lower everything everything!!! |
| Minor 1 | [sends a picture of himself with his shorts and underwear lowered, revealing his buttocks] |
| Minor 1 | Teacher how much did I earn |
| DEFENDANT | For the moment 5,000. Could you try to open up your cheeks? |
| Minor 1 | [sends close-up picture of his anus] |
| DEFENDANT | That's 10,000 for [name redacted]!!! And how are you going to earn for [name redacted]? |
| Minor 1 | 5 and 5 for [name redacted] and [name redacted]? |
| DEFENDANT | No... I still want more |
| Minor 1 | [sends a close up picture of his anus and testicles] |
| DEFENDANT | That's 5,000 para [name redacted][.] I want the finger inside for 5,000 more |

---

[1] The messages are in Spanish and were translated to English by a Spanish-speaking law enforcement agent.

4

| Minor 1 | Teacher with split for [name redacted] and [name redacted] is better. |
|---|---|
| DEFENDANT | One more [Minor 1]…. You can do it… |
| Minor 1 | ???? 😕 |
| DEFENDANT | 😋 😋 😋 😋 |
| Minor 1 | [sends a 6-second audio message, stating "Teacher, I can't do it anymore because [name redacted] is asking for the phone back." |
| DEFENDANT | Hi [name redacted] and [Minor 1]! God willing, your mother will withdraw the money on Monday. |

**B. The defendant advertised the child sexual abuse material he produced on the dark web.**

5. Beginning in at least June 2024, the defendant was a participant on a dark web forum ("the forum") dedicated to discussion of the sexual abuse of young boys and trafficking sexually explicit images and videos depicting young boys.

6. As depicted below, on June 23, 2024, the defendant posted on the forum that he had previously spent time in Costa Rica as a teacher. He posted that he had a preview of "[his] 10-year-old boyfriend [Minor 2] who will do anything for money…. you will be floored."



7. The defendant posted two links on the forum. Another user then reposted the defendant's image, which showed a sequence of still shots from a video. The images showed Minor 2 performing oral sex on a male. After the preview of Minor 2 was posted, the defendant then posted a link to 17 images and videos depicting multiple different minor boys, including Minor 2, engaged in sexually explicit conduct (post depicted below).

5



The videos included, for example, a 1-minute and 7-second video titled, "10YearOld[Minor 2]SucksOtherBrotherAndFriend.mp4. The video shows a prepubescent boy performing oral sex on another male. The other male is shown wiping what appears to be semen on the prepubescent boy's face. The link also included a 2-minute and 36-second video titled [Minor 2]Sucks[Name Redacted]SemenAgain.mp4. The video shows a prepubescent boy engaged in what appears to be anal sex with another male. The prepubescent boy is also shown performing oral sex on the male until the male ejaculates into the boy's mouth.

8. The following day, the defendant posted:



9. On July 4, 2024, the defendant posted the following message on the forum: "We got it everybody…finally. Enjoy their beauty because the negotiations have paused for a bit…"



10. On November 8, 2024, an undercover agent (UCA) sent a message to the defendant on the forum. The defendant told the UCA he would post a "surprise" if the UCA reposted the 17 images and videos that the defendant had originally posted on June 23, 2024. The UCA asked the defendant what kind of surprise he was talking about, and the defendant replied, "Him sucking two cocks and cum…" The UCA clarified that the defendant meant Minor 2, and on November 14, 2024, the defendant responded, "I sure do. You think you could help me upload?"

### C. The defendant possessed thousands of child pornography images and videos on his cell phone and laptop.

11. On November 15, 2024—one day after the defendant attempted to distribute CSAM to the UCA—law enforcement agents executed a federal search warrant at the defendant's residence in Arlington, Virginia.

12. Law enforcement administered Miranda warnings and the defendant voluntarily agreed to be interviewed during the search of his residence. In this interview, the defendant stated to law enforcement that he had traveled to Costa Rica in 2013 to teach English and met minor boys there. The defendant stated that after he left Costa Rica he stayed in communication with the minors on WhatsApp. The defendant admitted that he sent the minors money for them to create images and videos of themselves engaged in sexually explicit conduct. The defendant stated he instructed the minors regarding the types of sexual acts they should perform in the videos. The defendant stated he did this with 7 minor boys, and he had received CSAM from at least one minor as recently as October 2024. The defendant stated he received the CSAM on WhatsApp and then saved the CSAM to his laptop, where he would upload it to dark web sites.

13. Pursuant to the search warrant, law enforcement seized the defendant's Apple iPhone 14 Plus (IMEI 350028715559982) and his silver HP Envy X360 laptop (SN BCG9364XG6). These two devices contained approximately 24,000 images and videos depicting minors engaged in sexually explicit conduct, including sexually explicit depictions of prepubescent children. For example, the defendant had on his HP laptop a photo that depicted a prepubescent boy being anally penetrated by an adult man's penis.

\* \* \* \* \*

14. This Statement of Facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact

known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

15. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

ERIK S. SIEBERT
United States Attorney

Date: January 28, 2025    By: _____
Lauren Halper
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, PHILIP G. KIKO JR., and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
PHILIP G. KIKO JR.

I am Cary Citronberg, the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Cary Citronberg
Attorney for PHILIP G. KIKO JR.